**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE DIVISION**

In re:

Case No: 18-13295-AJC

JACKSON PIERRE, Jr.                                              Chapter 13

          Debtor      /

## MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 USC 362 (c)(3)(A)

Pursuant to 11 U.S.C. §362(c)(3) and 11 U.S.C. § 105, the Debtor requests an Order extending the automatic stay as to any and all creditors, and makes the following representations in support of this request:

1. The Debtor previously filed a petition under Chapter 13 of the Bankruptcy Code on August 23, 2017, Case No.: 17-20632-RAM, which was dismissed on December 22, 2017 upon denial of confirmation of plan.

2. Prior to the instant case, the Debtor had a scheduled foreclosure sale of his homestead property, which has been canceled.

3. The Debtor is financially able to fund a Chapter 13 bankruptcy plan in good faith and would like to cure his mortgage arrears through his Chapter 13 plan in order to retain his homestead property.

4. Therefore, it is appropriate under these circumstances for the Court to enter an Order extending the automatic stay as to any and all creditors.

WHEREFORE the Debtor, JACKSON PIERRE, Jr., respectfully requests the entry of an Order Extending the Automatic Stay as to any and all creditors, pursuant to 11 U.S.C. §362(c)(3)(B), and 11 U.S.C. §105 of the Bankruptcy Code, and for any other relief that this Court deems just and proper.

Respectfully, submitted on this 22nd day of March, 2018.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500