

**ORDERED in the Southern District of Florida on April 26, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

JACKSON PIERRE, JR.                                         Case No.: 18-13295-AJC

        Debtor            /                                         Chapter 13

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #4 AS FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4

**THIS MATTER** came before the Court on April 23, 2019 at 9:00 A.M., for hearing on Debtor's Objection to Claim #4 as filed by Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4 (DE #76; the "Objection"). The Court, having

2

reviewed the Objection, heard argument of counsel, and for the reasons stated on record, finds that good cause exists to grant the Objection. It is therefore **ORDERED:**

1. The Objection to Claim #4 is **SUSTAINED**.

2. Claim #4 as filed by Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4 is allowed but shall receive no distribution from the Trustee.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*